**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **RACHEAL CUELLAR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-cv-04050-SOH** |
| | § | |
| **UTC RAILCAR REPAIR SERVICES, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Racheal Cuellar ("Plaintiff") and Defendant UTC Railcar Repair Services, LLC ("Defendant"), through their attorneys of record, respectfully move this Court for entry of an Order dismissing all claims asserted against Defendant in this action with prejudice, with the parties bearing their own costs. In support thereof, the parties state as follows:

1. On April 9, 2026, the parties filed a joint motion requesting a settlement conference with a United States Magistrate Judge. (Dkt. No. 33.)

2. On April 10, 2026, this Court referred this matter to the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas, for a settlement conference. (Dkt. No. 34.)

3. On April 17, 2026, the Honorable Spencer G. Singleton set the settlement conference for July 16, 2026. (Dkt. No. 36.)

4. On July 16, 2026, a text only minute entry was entered stating the settlement conference had been held that day. (Dkt. No. 50.)

5. During the settlement conference on July 16, 2026, the parties agreed to settle this matter.

WHEREFORE, Plaintiff Racheal Cuellar and Defendant UTC Railcar Repair Services, LLC respectfully request that the Court grant this motion and enter an Order dismissing this action and all claims filed herein, with prejudice.

Respectfully submitted,

Hickey and Hull Law Partners

By: */s/ Bradley Hull*
Bradley Hull
702 Garrison Avenue
Fort Smith, AR 72901
P: (479) 434-2414
F: (479) 434-2415
brad@kevinhickeylaw.com

Attorneys for Plaintiff

Respectfully submitted,

Thompson Coburn LLP

By: */s/ Allyn Jaqua Lowell*
Matthew A. Braunel (50711)
One US Bank Plaza
St. Louis, MO 63101
P: (314) 602-6106
F: (314) 552-7000
mbraunel@thompsoncoburn.com

Allyn Jaqua Lowell (admitted *pro hac vice*)
Christina Koehl (admitted *pro hac vice*)
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
P: (972) 629-7146
F: (972) 629-7171
alowell@thompsoncoburn.com
ckoehl@thompsoncoburn.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 1, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record via email.

*/s/ Allyn Jaqua Lowell*
Allyn Jaqua Lowell