IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RACHEAL CUELLAR PLAINTIFF

v. Case No. 4:25-cv-04050

UTC RAILCAR REPAIR SERVICES LLC DEFENDANT

**ORDER**

Before the Court is a Joint Motion to Dismiss with Prejudice. ECF No. 52. An action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

The Court finds that no party will be prejudiced by the dismissal. The parties explain that they have reached a successful settlement that disposes of all matters in this case. Upon consideration, the Court finds that the Joint Motion to Dismiss with Prejudice (ECF No. 52) should be and hereby is **GRANTED**. Accordingly, Plaintiff Racheal Cuellar's claims against Defendant UTC Railcar Repair Services, LLC are **DISMISSED WITH PREJUDICE**. This matter is now **CLOSED**. The Court retains jurisdiction to vacate this order and reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 6th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge